UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY KINGSLEY CLEMENTS | CIVIL ACTION |
| VERSUS | NO. 25-2369 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "P" (3) |

**ORDER**

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 13), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the Administrative Law Judge's decision is **REVERSED** and **REMANDED** for further administrative proceedings.

New Orleans, Louisiana, this 25th day of August 2026.

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE